UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

DANIELLE JOHNSON,  ) CV 10-1177-SH
        Plaintiff,  ) JUDGMENT
  v.  )
MICHAEL J. ASTRUE,  )
Commissioner of Social Security  )
Administration,  )
        Defendant.  )
_____ )

IT IS ADJUDGED that Judgment is entered affirming the decision of the Commissioner and plaintiff's Complaint is dismissed.

DATED: May 3, 2011

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE